**Russell K. Ryan, #139835**
**MOTSCHIEDLER, MICHAELIDES, WISHON,**
**BREWER & RYAN, LLP**
**1690 West Shaw Avenue, Suite 200**
**Fresno, California 93711**
**Telephone (559) 439-4000**
**Facsimile (559) 439-5654**

Attorneys for Plaintiff
BERRY & BERRY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERRY & BERRY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN CAPACITY INSURANCE COMPANY, a New Hampshire corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 1-11-cv-00925-LJO-GSA<br><br>**ORDER FOR DISMISSAL** |

IT IS HEREBY ORDERED that this matter be, and is hereby dismissed, without prejudice, pursuant to FRCP Rule 41(a)(1). Each party to bear its own costs and attorneys fees. The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   September 14, 2011**          /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

**MOTSCHIEDLER,**
**MICHAELIDES,**
**WISHON,**
**BREWER & RYAN, LLP**

- 1 -

01506/0116//240090.WPD                    Order for Dismissal