**GRIMM, VRANJES & GREER LLP**
A. Carl Yaeckel (SBN 89920)
550 West C Street, Suite 1100
Post Office Box 129012
San Diego, California 92112-9012
Telephone: (619) 231-8802  Fax: (619) 233-6039
E-mail: cyaeckel@gvgllp.com

Attorneys for Defendant NORTH AMERICAN CAPACITY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| BERRY & BERRY, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>NORTH AMERICAN CAPACITY INSURANCE COMPANY, a New Hampshire corporation and DOES 1 through 25, inclusive,<br><br>            Defendants. | ) CASE NO. 1:11-CV-00925-LJO-GSA<br>)<br>) (*United States Magistrate Judge Gary S. Austin*)<br>)<br>)<br>) **JOINT STIPULATION FOR DISMISSAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

        **IT IS HEREBY STIPULATED** by and between the Parties to this action through their

designated counsel that the above-captioned matter be, and hereby is, dismissed, with prejudice,

pursuant to F.R.C.P. Rule 41(a)(1).  Each party to bear its own costs, including attorney's fees.

Dated:  June 20, 2012                    GRIMM, VRANJES & GREER LLP

                                         By:    /s/ A. Carl Yaeckel, Esq.
                                            A. CARL YAECKEL, ESQ.
                                            Attorneys for Defendant NORTH AMERICAN
                                            CAPACITY INSURANCE COMPANY

1

1    Dated:   June 20, 2012                    MOTSCHIEDLER, MICHAELIDES,
                                              WISHON, BREWER & RYAN, LLP
2

3

4                                             By:    /s/ Russell K. Ryan, Esq.
                                              RUSSELL K. RYAN, ESQ.
5                                             Attorneys for Plaintiff BERRY & BERRY, INC.

6

7                              **ORDER FOR DISMISSAL**

8         IT IS HEREBY ORDERED that this matter be, and is hereby dismissed, *with prejudice*,

9    pursuant to F.R.C.P. Rule 41(a)(1).  Each party to bear its own costs, including attorney's fees.

10        IT IS SO ORDERED.

11   **Dated:    June 26, 2012**                    ____/s/ Lawrence J. O'Neill____
                                              UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR DISMISSAL                              1:11-CV-00925-LJO-GSA